# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

ComplementSoft, LLC

                        Plaintiff,

v.                                               Case No.: 1:12–cv–07372

                                                     Honorable Jeffrey T. Gilbert

SAS Institute Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 14, 2013:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Initial status hearing held on 3/14/13. The parties reported regarding their respective views of the issues in this case. The Court set a claim construction hearing for 12/12/13 at 10:30 a.m. to continue, if necessary, on 12/13/13. Mailed notice(mr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.