## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

ComplementSoft, LLC

Plaintiff,

v.                                                         Case No.: 1:12–cv–07372
                                                           Honorable Jeffrey T. Gilbert

SAS Institute Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 4, 2013:

MINUTE entry before Honorable Jeffrey T. Gilbert: The Court sets the following agreed briefing schedule on Defendant's Motion to Stay Pending Inter Partes Review [38]: Plaintiff shall file its response to Defendant's Motion to Stay on or before 4/17/13. Defendant shall file its reply on or before 4/24/13. The Court will either rule on the Motion via the CM/ECF system after review of the briefs submitted, or the Court will set the Motion for hearing in the near future. Mailed notice(mr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.