**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

```
-------------------------------------------------------------X
                                                              :
COMPLEMENTSOFT, LLC,                                          :
                                                              :
                              Plaintiff,                      :
                -v-                                           :      Case Number. 12-C-7372
                                                              :
THE SAS INSTITUTE, INC.                                       :      Magistrate Judge Jeffrey Gilbert
                                                              :
                              Defendant.                      :
                                                              :
-------------------------------------------------------------X
```

## NOTICE OF UNOPPOSED MOTION REQUESTING ORAL ARGUMENT

**PLEASE TAKE NOTICE** that on Thursday, May 2, 2013 at 9:15 a.m. or as soon thereafter as we may be heard, we shall appear before Magistrate Judge Jeffrey Gilbert in Courtroom 1386 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, to request and conduct oral argument concerning Defendant SAS Institute's Motion to Stay Pending *Inter Partes* Review of the Patent-in-Suit at the U.S. Patent & Trademark Office (Doc. No. 38). Pursuant to the Court's scheduling order (Doc. No. 39) briefing was completed on April 23, 2013.

ComplementSoft requests oral argument to address issues first raised in SAS Institute's Reply Brief. In particular, the differences in discovery standards between *Inter Partes* Review and District Court proceedings, the extent of SAS's document production and allegations pertaining to the imbalance of discovery. We respectfully suggest that the requested hearing will assist the Court in crafting an appropriate stay order pending a decision from the U.S. Patent Trial and Appeal Board on SAS's request for *inter partes* review.

The parties have conferred, and Counsel for ComplementSoft understands that Counsel for SAS Institute does not oppose this request for oral argument.

Dated: April 26, 2013

By:    /s/ Jason G. Harp
James E. Hanft
SCHIFF HARDIN LLP
666 Fifth Avenue
17th Floor
New York, NY 10103
Telephone: (212) 753-5000
Facsimile: (212) 753-5044

Jason G. Harp
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

Stephen M. Hankins
George Yu
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-7849
Facsimile: (415) 901-8701

ATTORNEYS FOR PLAINTIFF
COMPLEMENTSOFT, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2013 I electronically filed a copy of the foregoing Notice of Motion with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

    /s/ Jason G. Harp