**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

ComplementSoft, LLC

                          Plaintiff,

v.                                                Case No.: 1:12−cv−07372
                                                Honorable Jeffrey T. Gilbert

SAS Institute Inc.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 8, 2013:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Hearing held on Defendant's Motion to Stay Pending Inter Partes Review [38]. Defendant's Motion to Stay is granted for the reasons stated on the record. This matter is stayed pending the inter partes review of the patent−in−suit at the United States Patent & Trademark Office. All previously set dates and deadlines in this case are stricken. The parties jointly shall file a status report with this Court at the conclusion of the inter partes review process before the USPTO. Mailed notice(mr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.